**No. 48232.**—Protest 969219–G of Kamen Wiping Materials Co. (St. Louis).

Opinion by KINCHELOE, J. · Certain of the cotton rags, similar in all material respects to those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771), were held entitled to free entry in accordance with the percentages of rags used for paper making as stipulated by counsel. Protest sustained to that extent.